UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 18-cr-00276 |
|---|---|---|
| VERSUS | : | JUDGE WALTER |
| KEELAN BROUSSARD | : | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [doc. #25], and in the transcript previously filed herein, [doc. #20] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [doc. #21], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **KEELAN BROUSSARD** on December 14, 2018 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Shreveport, Louisiana this 19 day of December, 2018.

_____
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**